FILED
2014 Dec-29  PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BALCH AND BINGHAM, LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 2:14-cv-02041-JHE |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

## ORDER

On November 21, 2014, *Pro Se* Defendant Frank Amodeo filed a motion to appoint a guardian ad litem and counsel and to extend the time to answer the complaint. (Docs. 14 & 15). The motion is set for hearing on **Friday, January 23, 2015, at 10:00 AM** in **Courtroom 3A**. Because Amodeo is incarcerated, a separate order will issue to provide for his attendance at the hearing. A court reporter will be present.

DONE this 29th day of December 2014.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE