FILED
2014 Dec-29 PM 12:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BALCH AND BINGHAM, LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:14-cv-02041-JHE |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO THE WARDEN AND/OR KEEPER OF THE FEDERAL CORRECTION COMPLEX AT COLEMAN, FLORIDA

AND

TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **FRANK T. AMODEO**, **BOP # 48883-019**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Northern District of Alabama, Courtroom 3A, Hugo L. Black United States Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama 35203 from **10:00 a.m. on January 23, 2015**, until the proceedings before United States Magistrate Judge John H. England, III are concluded; and thereafter, that you return the said prisoner to the above-named institution under safe and secure conduct.

DONE this 29th day of December 2014.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE