FILED
2015 Jan-05 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BALCH AND BINGHAM, LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 2:14-cv-02041-JHE |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

## ORDER

It has come to the undersigned's attention the guardianship proceedings in Florida regarding Defendant Frank Amodeo remain in progress; therefore, the hearing set for January 23, 2015, is canceled, and the writ of habeas corpus ad testificandum, issued as to Amodeo on December 29, 2014, is vacated. This case will be reset for status conference within the next sixty days.

DONE this 5th day of January 2015.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

1