UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BALCH AND BINGHAM, LLP, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>et al., )<br>)<br>Defendants )<br>_____) | Case Number: 2:14-cv-02041-JHE |

## MOTION TO APPEAR PRO HAC VICE

COMES NOW, Laurence J. Pino, Esq., as counsel for Defendant, Frank Amodeo, individually, and through his court appointed guardian, Charles Rahn, and requests this Court to approve and grant admission Pro Hac Vice in the above referenced matter for the purpose of representing the Defendant as indicated. A Certificate of Good Standing issued by the Florida Bar is attached as Exhibit "A" to this Motion.

Submitted this \_\_8\_\_ day of September, 2015.

_____
LAURENCE J. PINO, ESQ.
Florida Bar # 233749
PINONICHOLSON, PLLC
189 South Orange Avenue
Suite 1650
Orlando, FL 32801
Telephone: 407-206-6511
Email: ljp@pinonicholsonlaw.com



EXHIBIT "A"

# The Florida Bar

651 East Jefferson Street
Tallahassee, Florida 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re:  233749
Laurence James Pino
Pino Nicholson
P.O. Box 1511
Orlando, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on June 20, 1977.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 2nd day of September, 2015.

Pam Gerard
Membership Records Manager
The Florida Bar

PG/BJ:kstu2:R10