UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BALCH AND BINGHAM, LLP, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case Number: 2:14-cv-02041-JHE |
| ) | |
| UNITED STATES OF AMERICA, ) et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

**NOTICE OF APPEARANCE
AND EMAIL DESIGNATIONS**

Comes now Laurence J. Pino, Esquire, and files this Notice of Appearance on behalf of the Defendant, Frank Amodeo, individually, and through his court appointed guardian, Charles Rahn.

In addition, and Laurence J. Pino, Esquire, of the law firm of Pino Nicholson, hereby designates the following email addresses for the purpose of service of all documents required to be served in this proceeding:

Primary e-mail: Laurence J. Pino, Esq. ljp@pinonicholsonlaw.com
Secondary e-mail Cathy Simmons cathy@pinonicholsonlaw.com

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Courts by using the E-Portal system which will send a notice of electronic filing to counsel of record.

Submitted this 28th day of September, 2015.

/s/ Laurence J. Pino, Esq.
**LAURENCE J. PINO, ESQ.**
**Florida Bar # 233749**
**PINO NICHOLSON, PLLC**
**189 South Orange Avenue**
**Suite 1650**
**Orlando, FL 32801**
**Telephone: 407-206-6511**
**Email: ljp@pinonicholsonlaw.com**