# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BALCH AND BINGHAM, LLP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case Number: 2:14-cv-02041-JHE |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court is in receipt of Defendant Frank Amodeo's memorandum in support of answer, (doc. 33), but, there being no answer or other responsive pleading filed on Amodeo's behalf in the record, the undersigned has questions regarding the nature of the filing.  Accordingly, this case is set for a telephone conference at **2:00 p.m. on Thursday, October 15, 2015**.  The parties are **DIRECTED** to call **877-873-8017** to access the telephone conference.  The access code is **4577302**.  The parties should call in five minutes prior to the start time of the conference.

DONE this 7th day of October 2015.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE