FILED
2016 Jan-21 PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BALCH AND BINGHAM, LLP,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>) **Civil Action No** CV-14-JHE-2041-S<br>)<br>**UNITED STATES OF AMERICA;** )<br>**CLAIRE SUZANNE HOLLAND; and** )<br>**FRANK AMODEO,** )<br>)<br>    **Defendants.** ) | |

## JOINT STATUS REPORT

Pursuant to the Court's January 7, 2016 Order, Balch and Bingham, LLP, the United States of America, and Frank Amodeo (collectively, "the Parties") submit the following:

1. On January 15, 2016, the Parties conducted a telephone conference to discuss the status of the case. Counsel for the United States Government proposed a settlement to counsel for Frank Amodeo whereby the United States and Frank Amodeo would share some portion of the interpled funds that are currently being held by the Court.

2. The Parties have not finalized the terms of the settlement but hope to have this matter resolved by February 15, 2016.

1421568.3

3. Claire Holland has been unresponsive to date, and because of that lack of response, counsel for the U.S. Government asserts that, in order to finalize a settlement, the United States Government will require that all parties, including Claire Holland, to sign off on any settlement, and that if that cannot be accomplished, the U.S. Government will request that her potential claim be terminated by an order of the Court.

4. Counsel for Frank Amodeo disputes the U.S. Government's assertions and preconditions for settlement of the case as stated in paragraph 3 above.

5. Counsel for Plaintiff and counsel for the U.S. Government each approve and have signed this status report. Although they understand that counsel for Frank Amodeo is in general agreement with the content of this report, they were unable to obtain final approval from him, so his signature is not affixed below.

Respectfully submitted by the Parties this 21st day of January, 2016.

                    /s Christopher F. Heinss
                    One of the Attorneys for Interpleader
                    Plaintiff, Balch and Bingham LLP

**OF COUNSEL:**

Christopher F. Heinss
Balch & Bingham, LLP
Post Office Box 306
Birmingham, Alabama 35201
Telephone: (205) 251-8100
Facsimile: (205) 488-5642

                    /s  Richard E. O'Neal (with permission)
                    Attorney for the United States Government

Richard E. O'Neal
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203
Tel No: 205-244-2120

                    _____
                    Attorney for Frank Amodeo

Laurence J. Pino
P.O. Box 1511
Orlando, FL 32802-1511
Phone: 407.206.6511
Fax: 407.206.6565