FILED
2016 May-20 AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BALCH AND BINGHAM, LLP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:14-CV-2041-VEH |
| | ) |
| **UNITED STATES OF AMERICA, et al.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Clerk of Court is authorized and directed to draw a check (or checks) on the funds on deposit in the Registry of the Court in the principal amount three thousand nine hundred forty-five dollars and seventy-eight cents ($3945.78), plus all interest earned for a total amount of $3,965.06, less Administrative Assessment Fee of $1.92 for a total amount of $3,963.14, payable to Frank Amodeo at Laurence J.Pino P.A. Trust Account, c/o Mr. Laurence J. Pino, Attorney at Law, Counsel for Frank Amodeo, P.O. Box 1511, Orlando, FL 32802-1511.

**DONE** and **ORDERED** this 20th day of May, 2016.

**VIRGINIA EMERSON HOPKINS**
United States District Judge