# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BALCH AND BINGHAM, LLP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:14-CV-2041-VEH |
| | ) |
| **UNITED STATES OF AMERICA, et al.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The Clerk of Court is authorized and directed to draw a check (or checks) on the funds on deposit in the Registry of the Court in the principal amount three thousand nine hundred forty-five dollars and seventy-seven cents ($3945.77), plus all interest earned for a total amount of $3,965.05, less Administrative Assessment Fee of $1.92 for a total amount of $3,963.13, payable to United States of America at Clerk, United States District Court for the Middle District of Florida c/o United States Attorney's Office for the Middle District of Florida, Attn: Cassandra L. Mitchell, Supervisory Paralegal Specialist, Financial Litigation Unit, 400 North Tampa Street, Suite 3200, Tampa, FL 33602.

**DONE** and **ORDERED** this 20th day of May, 2016.

                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge